IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, ) ) ) ) | C.A. No.: 07C-160-UNA |
| Plaintiffs, ) | JURY TRIAL OF SIX DEMANDED |
| v. ) | |
| THE CITY OF DOVER and JOHN DOES 1-5 In their Individual and Official capacities, ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS COUNTS I, II AND VI OF PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants, by and through their counsel, Marshall, Dennehey, Warner, Coleman & Goggin, hereby move to dismiss Counts I, II and VI of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

In support of their Motion, Defendants rely upon the Opening Brief in Support of Defendants' Motion to Dismiss Counts I, II and VI of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6), filed simultaneously herewith.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

*/s/ Daniel A. Griffith, Esquire DE ID 4209*
DANIEL A. GRIFFITH, ESQUIRE
Delaware Bar I.D. No. 4209
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4317
*Attorney for Defendants, The City of Dover and John Does 1-5*

Dated: April 20, 2007