IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor, and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF DOVER and JOHN DOES 1-5, in their Individual and Official capacities<br><br>Defendants. | :<br>:<br>:<br>:<br>:    C.A. No.:    07C-160-UNA<br>:<br>: .  JURY TRIAL OF SIX DEMANDED<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May 2007 that I served the Defendant THE CITY OF DOVER and JOHN DOES 1-5 the attached ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNTS I, II AND VI by ELECTRONIC FILING on:

Daniel A. Griffith, Esq.
Marshall, Dennehey, Warner Coleman & Goggin
1220 N. Market Street
PO Box 8888
Wilmington, DE 19899-8888

                                                      /s/ Richard R. Wier, Jr.
                                          Richard R. Wier, Jr. (#716)
                                          Two Mill Road - Suite 200
                                          Wilmington, DE 19806
                                          (302)888-3222
                                          Attorney for Plaintiff