IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor, and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DOVER and JOHN DOES 1-5, in their Individual and Official capacities <br><br> Defendants. | C.A. No.:   07C-160-UNA <br><br> JURY TRIAL OF SIX DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May 2007 that I served the Defendant THE CITY OF DOVER and JOHN DOES 1-5 the attached Plaintiffs' First Request For Production by ELECTRONIC FILING on:

Daniel A. Griffith, Esq.
Marshall, Dennehey, Warner Coleman & Goggin
1220 N. Market Street
PO Box 8888
Wilmington, DE 19899-8888

Marc Stephen Casarino, Esq.
White & Williams, LLP
824 North Market Street - Suite 902
PO Box 709
Wilmington, DE 19899-0709

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222
Attorney for Plaintiff