# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

**RICHARD R. WIER, JR.\***
———

\*ALSO ADMITTED IN PA

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com

May 31, 2007

**Via Electronic Filing**
Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    **Banks v. City of Dover, et. al.**

Dear Judge Thynge:

    Pursuant to Your Honor's order dated May 17, 2007 and in connection with the Scheduling Conference on June 4, 2007, attached please find the parties' draft proposed Scheduling Order in connection with the above referenced matter.

    Should you have any questions, please do not hesitate to contact my office.

    Respectfully Submitted,

    /s/Richard R. Wier, Jr.

    Richard R. Wier, Jr. (#716)

RRWjr:jt
cc:    Sheila Land
        Daniel Griffith, Esq.
        Charles Durante, Esq.
        Walt McEvilley, Esq.