IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHEILA LAND, individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, | : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-160-*** |
| THE CITY OF DOVER and JOHN DOES 1-5, In their individual and official capacities, | : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **4th** day of **June, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, June 15, 2007 at 10:30 a.m.** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call.** The purpose of the teleconference is to discuss and complete the scheduling order, address whether the parties wish to consent to the jurisdiction of the Magistrate Judge, and consent to court-assisted mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE