## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SHEILA LAND, individually and as          :
Guardian of RAZHON ANDRE BANKS, a         :
minor and Charles J. Durante, Esq.,       :
Executor of the Estate of Charles Andre   :
Banks,                                    :
                                          :
                          Plaintiffs,     :
                                          :
          v.                              :    C. A. No. 07-160-***
                                          :
THE CITY OF DOVER and JOHN DOES           :
1-5, In their individual and official     :
capacities,                               :
                                          :
                          Defendants.     :

## ORDER

At Wilmington this **8th** day of **June, 2007**.

IT IS ORDERED that the teleconference scheduled for Monday, June 25, 2007 at 11:00 a.m. with Magistrate Judge Thynge has been rescheduled to **Tuesday, August 7, 2007 at 11:00 a.m.  Defense counsel shall initiate the teleconference call.** The purpose of the teleconference is to discuss and complete the scheduling order, address whether the parties wish to consent to the jurisdiction of the Magistrate Judge, and consent to court-assisted mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE