## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    C. A. No. 07-160-*** <br> : |
| THE CITY OF DOVER and JOHN DOES 1-5, In their individual and official capacities, | : <br> : <br> : <br> : |
| Defendants. | : |

## ORDER

At Wilmington this **10th** day of **August, 2007**.

IT IS ORDERED that the transcript of the teleconference of August 7, 2007 with Judge Thynge shall serve as the Order of the Court in this matter.

IT IS FURTHER ORDERED that a teleconference with Judge Thynge has been scheduled for **Tuesday, August 28, 2007 at 9:00 a.m.  Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                   /s/ Mary Pat Thynge
                                                   UNITED STATES MAGISTRATE JUDGE