# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DOVER and [JOHN DOES 1-5] <u>PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK, PFC BIANCA RANGER,</u> In their Individual and Official capacities, <br><br> Defendants. | C.A. No.: 07C-160-UNA <br><br> JURY TRIAL OF SIX DEMANDED |

**DEFENDANTS' MOTION TO DISMISS COUNTS I AND II OF PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants, by and through their counsel, Marshall, Dennehey, Warner, Coleman & Goggin, hereby move to dismiss Counts I and II of Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

In support of their Motion, Defendants rely upon the Opening Brief in Support of Defendants' Motion to Dismiss Counts I and II of Plaintiffs' Amended Complaint pursuant to

Fed. R. Civ. P. 12(b)(6), filed simultaneously herewith.

          **MARSHALL, DENNEHEY, WARNER,**
                  **COLEMAN & GOGGIN**

      */s/ Daniel A. Griffith*_____
      DANIEL A. GRIFFITH, ESQ.
      Delaware Bar I.D. No. 4209
      JOHN A. MACCONI, JR., ESQ.
      Delaware Bar I.D. No. 4430
      1220 N. Market Street
      P.O. Box 8888
      Wilmington, DE 19899-8888
      (302) 552-4317
      *Counsel for Defendants*

Dated: August 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DOVER and [JOHN DOES 1-5] <u>PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK, PFC BIANCA RANGER,</u> In their Individual and Official capacities, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No.: 07C-160-UNA <br><br> JURY TRIAL OF SIX DEMANDED |

## CERTIFICATE OF SERVICE

I, John A. Macconi, Jr., hereby certify that on the twenty-first (21st) day of August, 2007, a true and correct copy of Defendants' Motion to Dismiss Counts I and II of Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), Opening Brief in support of the Motion, and proposed Order were forwarded to the below named addressee via electronic filing:

Richard R. Wier, Jr., Esquire
Two Mill Road
Suite 200
Wilmington, DE 19806

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

*/s/ John A. Macconi, Jr.*_____
JOHN A. MACCONI, JR., ESQ.
Delaware Bar I.D. No. 4430
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4317
*Counsel for Defendants*