IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : |
| v. | :     Civ. No. 07-160-*** |
| THE CITY OF DOVER and JOHN DOES 1-5, In their individual and official capacities, | : <br> : <br> : |
| Defendants. | : |

## ORDER RELATING TO CONSENT
## TO MAGISTRATE JUDGE'S JURISDICTION

Pursuant to the teleconference in this matter held on August 28th, 2007, with the Court having been advised that all of the parties to this matter desire to consent to the jurisdiction of a United States Magistrate Judge, pursuant to Title 28 U.S.C. § 636(c);

IT IS HEREBY ORDERED that if the parties desire to consent to magistrate jurisdiction they should file the attached "Consent to Jurisdiction by United States Magistrate Judge" ("Consent") with the proposed Order of Reference attached to it.

IT IS HEREBY FURTHER ORDERED that, provided the parties continue to desire to consent (with the proposed Order of Reference) to magistrate jurisdiction, they are directed to file the fully-executed Consent on or before WEDNESDAY, SEPTEMBER 19TH, 2007.

SO ORDERED this 11th day of September, 2007.

                                                 _/s/ Leonard P. Stark_
                                                 Honorable Leonard P. Stark
                                                 United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| , | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| v. | : | Civ. No. **[**-***** LPS]** |
| | : | |
| , | : | |
| | : | |
| Defendant(s). | : | |

**CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), **[Plaintiff(s)]**, by its local counsel, and **[Defendant(s)]**, by its local counsel, hereby voluntarily consent to have the Honorable Leonard P. Stark, United States Magistrate Judge, conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment.

Dated this ____ day of _____, 2007.

_____        _____

**COUNSEL'S SIGNATURE BLOCK**        **COUNSEL'S SIGNATURE BLOCK**

**[ NOTE:    ALL PARTIES' NAMES MUST BE INCLUDED IN THE TEXT OF THE
ORDER AND ALL PARTIES MUST EXECUTE THE CONSENT. ]**

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to the Honorable Leonard P. Stark, United States Magistrate Judge, for all further proceedings and entry of judgment in accordance with Title 28, U.S.C. § 636(c), and the consent to the parties.

ENTERED this _____ day of _____, 2007.

_____
United States District Judge