IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAB, a minor, and Charles J. Durante, Esq. Executor of the Estate of Charles Andre Banks | : : : : |
| Plaintiffs, | : C.A. No.: 07-160-*** |
| v. | : JURY TRIAL OF SIX DEMANDED |
| THE CITY OF DOVER and [JOHN DOES 1-5] PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK, PFC BIANCA RANGER, in their Individual and Official capacities | : : : : : |
| Defendants. | : |

## CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE

In accordance with the provisions of Title 28, U.S.C. § 636(c), Plaintiffs, by their local counsel, Richard R. Wier, Jr., P.A., and Defendants, by their local counsel, Marshall, Dennehey, Warner, Coleman & Goggin, hereby voluntarily consent to have the Honorable Leonard P. Stark, United States Magistrate Judge, conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment.

Dated this ____ day of _____, 2007.

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** | **RICHARD R. WIER, JR., P.A.** |
| /s/ *Daniel A. Griffith, Esquire* | /s/ *Richard R. Wier, Jr., Esquire* |
| Daniel A. Griffith, Esq. (#4209) | Richard R. Wier, Jr. (#716) |
| 1220 N. Market Street | Michele D. Allen (#4359) |
| PO Box 8888 | Two Mill Road - Suite 200 |
| Wilmington, DE 19899-8888 | Wilmington, DE 19806 |
| (302) 552-4317 | (302)888-3222 |
| | Rwier@wierlaw.com |
| | *Attorney for the Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAB, a minor, and Charles J. Durante, Esq. Executor of the Estate of Charles Andre Banks : : : : Plaintiffs, : : v. : : THE CITY OF DOVER and [JOHN DOES 1-5] : PFC ROBERT BARRETT, CPL CARL : HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN: STREADWICK,PFC BIANCA RANGER, : in their Individual and Official capacities : : Defendants. : | C.A. No.: 07-160-*** JURY TRIAL OF SIX DEMANDED |

**CERTIFICATE OF SERVICE**

I certify that on this 7TH day of September, 2007 have caused a true and correct copy of the attached Consent to Jurisdiction by U.S. Magistrate to be ELECTRONICALLY FILED, and copied to:

Daniel L. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street
P.O. Box 8888
Wilmington, DE 19899-8888

RICHARD R. WIER, JR., P.A.

    /s/ Richard R. Wier, Jr.
Richard R. Wier, Jr., Esquire (#716)
Michele D. Allen, Esquire (#4359)
Two Mill Road, Suite 200
Wilmington, Delaware 19806
(302)888-3222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAB, a minor, and Charles J. Durante, Esq. Executor of the Estate of Charles Andre Banks : : : : Plaintiffs, : : v. : : THE CITY OF DOVER and [JOHN DOES 1-5] : PFC ROBERT BARRETT, CPL CARL : HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN: STREADWICK,PFC BIANCA RANGER, : in their Individual and Official capacities : : Defendants. : | C.A. No.: 07-160-*** JURY TRIAL OF SIX DEMANDED |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to the Honorable Leonard P. Stark, United States Magistrate Judge, for all further proceedings and entry of judgment in accordance with Title 28, U.S.C. § 636(c), and the consent to the parties.

ENTERED this _____ Day of _____ 2007.

_____
United States District Judge