IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAB, a minor, and Charles J. Durante, Esq. Executor of the Estate of Charles Andre Banks,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF DOVER and PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK, PFC BIANCA RANGER, in their Individual and Official capacities,<br><br>Defendants. | Civ. No. 07-160-LPS<br><br>Jury Trial of Six Demanded |

### ORDER

At Wilmington this **26th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, December 17, 2007 at 11:00 a.m.** with Magistrate Judge Stark to discuss the status of the case. **Plaintiffs' counsel shall initiate the teleconference call to 302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

*/s/ Leonard P. Stark*
UNITED STATES MAGISTRATE JUDGE