IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF DOVER and [JOHN DOES 1-5] <u>PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK, PFC BIANCA RANGER,</u> In their Individual and Official capacities, <br><br> Defendants. | C.A. No.: 07C-160-UNA <br><br> JURY TRIAL OF SIX DEMANDED |

### ENTRY OF APPEARANCE

TO: Clerk of Court
    J. Caleb Boggs Federal Building
    844 N. King Street
    Wilmington, DE  19801

PLEASE TAKE NOTICE:   John A. Macconi, Jr., Esquire, in addition to the appearance of record already entered by Daniel A. Griffith, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin, hereby enters his appearance as co-counsel of record for all *Defendants, City of Dover, Pfc. Robert Barrett, Cpl. Carl Humphrey, Pfc. Jeffrey Gott, Pfc. Kevin Streadwick, and Pfc. Bianca Ranger*, in the above-captioned matter.

                                        **MARSHALL, DENNEHEY, WARNER,**
                                              **COLEMAN & GOGGIN**

                                      /s/ John A. Macconi, Jr.
                                      JOHN A. MACCONI, JR., ESQ.
                                      Delaware Bar I.D. No. 4430
                                      1220 N. Market Street
                                      P.O. Box 8888
                                      Wilmington, DE 19899-8888
                                      (302) 552-4300
                                      *Attorney for Defendants*

Date:  December 19, 2007

15/565271.v1