IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, ) ) ) ) | |
| ) | C.A. No.: 07C-160-UNA |
| Plaintiffs, ) ) | JURY TRIAL OF SIX DEMANDED |
| v. ) ) | |
| THE CITY OF DOVER and [JOHN DOES 1-5] <u>PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK, PFC BIANCA RANGER,</u> In their Individual and Official capacities, ) ) ) ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, John A. Macconi, Jr., hereby certify that on December 19, 2007, a true and correct copy of my *Entry of Appearance on behalf of Defendants, City of Dover, Pfc. Robert Barrett, Cpl. Carl Humphrey, Pfc. Jeffrey Gott, Pfc. Kevin Streadwick, and Pfc. Bianca Ranger*, were forwarded to the below named addressee via electronic filing:

Richard R. Wier, Jr., Esquire
Two Mill Road
Suite 200
Wilmington, DE 19806

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

*/s/ John A. Macconi, Jr.*_____
JOHN A. MACCONI, JR., ESQ.
Delaware Bar I.D. No. 4430
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4300
*Counsel for Defendants*

*15/565274.v1*