IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAB, a minor, and Charles J. Durante, Esq. Executor of the Estate of Charles Andre Banks : : : : Plaintiffs, : : v. : : THE CITY OF DOVER and [JOHN DOES 1-5] PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK,PFC BIANCA RANGER, in their Individual and Official capacities : : Defendants. : | C.A. No.: 07-160-LPS JURY TRIAL OF SIX DEMANDED |

**PLAINTIFFS' RULE 26 DISCLOSURES**

Plaintiff's hereby provides the initial disclosures required by Fed. R. Civ. P. 26(a)(1). These disclosures are based on information reasonably available to Plaintiffs as of the date these disclosures are served. Plaintiffs reserve the right to supplement these disclosures pending additional investigation and discovery and as permitted by Fed. R. Civ. P. 26(e).

    A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    RESPONSE: At this time in addition to the named parties the following individuals are likely to have discoverable information:

    Richard T. Callery, M.D. Chief medical Examiner :
    Judith G. Tobin Assistant State Medical Examiner

Delaware Heath and Social Services
200 S. Adam Street
Wilmington De 19801

Freddie O. Lawson: 1070 Facty Ave., Mattitude NY 11952

Bayhealth Medical Center
Kent General Hospital Center
640 South State Street, Dover DE 19901
Michele Septer
Patricia Hudson
Colleen Wessell
Laurie Dafonte
Randy Mitchell
Jo Ann Davis
Linda Bolduc
Dennis Thompson
Cathie Barron
Ruthann Coulson
Dr. Julie Slick
Any and all medical personnel who treated Mr. Banks at Bayhealth Medical Center
The following may be reached through the above employer.

B.    A copy of, or a description by category and location of, all documents, data compilations and tangible things in the possession, custody or control of the party and that the disclosing party may use to support the disclosing party's claims or defenses, unless solely for impeachment:

RESPONSE:

Medical Records of Charles Banks: under the control and custody of undersigned counsel

Autopsy Report:
Delaware Heath and Social Services
200 S. Adam Street
Wilmington De 19801

Statements from employees at Bayhealth Medical Center
Bayhealth Medical Center
Kent General Hospital Center
640 South State Street, Dover DE 19901

Police Report or any investigations prepared by the Dover Police Department

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying, as under Rule 34 the documents or other evidentiary material not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

RESPONSE:

To be provided.

D. For inspection and copying, as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

RESPONSE:

At this Plaintiffs are unaware of any insurance agreements that may be applicable to this action.

RICHARD R. WIER, JR., P.A.

/s/ Michele D. Allen
Richard R. Wier, Jr. (#716)
Michele D. Allen (#4359)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222