IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF DOVER and [JOHN DOES 1-5] PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK, PFC BIANCA RANGER, In their Individual and Official capacities,<br><br>Defendants. | C.A. No.: 07C-160-UNA<br><br>JURY TRIAL OF SIX DEMANDED |

**OFFER OF JUDGMENT**

TO THE CLERK OF COURT:

Pursuant to F.R.C.P. 68, Defendants hereby allow judgment to be entered against them in favor of plaintiff for an amount of $102,653.00 plus reasonable attorney's fees and costs incurred by plaintiff prior to the date of this Offer in an amount to be set by the Court following the plaintiff's acceptance of the offer and filing a Petition for Fees.

This Offer is made with no admission of liability and said Judgment herein to have no effect whatsoever except in settlement of this case.

Pursuant to Rule 68, this Offer shall remain open for ten (10) days from the date of service.

This Offer is made on behalf of Defendants, City of Dover, Kent County, Delaware, PFC Robert Barrett, CPL Carl Humphrey, PFC Jeffery Gott, PFC Kevin Streadwick and PFC Bianca Ranger.

                                      MARSHALL, DENNEHEY, WARNER,
                                      COLEMAN & GOGGIN

                                      DANIEL A. GRIFFITH, ESQUIRE
                                      DE ID #4209
                                      1220 North Market St., 5th Floor
                                      P.O. Box 8888
                                      Wilmington, DE  19899-8888
                                      302-552-4317
                                      *Attorney for Defendants*

Date: January 11, 2008

15/572062.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks,<br><br>       Plaintiffs,<br><br>  v.<br><br>THE CITY OF DOVER and [JOHN DOES 1-5] <u>PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK, PFC BIANCA RANGER,</u> In their Individual and Official capacities,<br><br>       Defendants. | )<br>)<br>)<br>)  C.A. No.: 07C-160-UNA<br>)<br>)  JURY TRIAL OF SIX<br>)  DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Daniel A. Griffith, Esquire, hereby certify that Defendants' Offer of Judgment was served on the Plaintiffs' counsel this date via U.S. First Class Mail:

Richard R. Wier, Jr., Esquire
Two Mill Road
Suite 200
Wilmington, DE 19806

            **MARSHALL, DENNEHEY, WARNER,**
                **COLEMAN & GOGGIN**

          */s/ Daniel A. Griffith*
          DANIEL A. GRIFFITH, ESQUIRE
          DE ID #4209
          1220 North Market St., 5th Floor
          P.O. Box 8888
          Wilmington, DE 19899-8888
          302-552-4317
          *Attorney for Defendants*

Date: January 11, 2008

*15/572077.v1*