# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SHEILA LAND, Individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks,** ) ) ) ) ) | **C. A. NO.: 07C-160-UNA** |
| **Plaintiffs,** ) ) | **JURY TRIAL OF SIX DEMANDED** |
| **v.** ) ) | |
| **THE CITY OF DOVER and [JOHN DOES 1-5], PFC ROBERT BARRETT, CPL CARL HUMPHREY, PFC JEFFREY GOTT, PFC KEVIN STREADWICK, PFC BIANCA RANGER, In their Individual and Official Capacities,** ) ) ) ) ) ) ) | |
| **Defendants.** | |

## <u>SUBSTITUTION OF COUNSEL</u>

PLEASE TAKE NOTICE THAT attorney Daniel A. Griffith and the firm of

Whiteford, Taylor & Preston LLP hereby enter their appearance in the above-captioned

matter as substituted counsel to Defendants the City of Dover and [John Does 1-5], PFC

Robert Barrett, CPL Carl Humphrey, PFC Jeffrey Gott, PFC Kevin Streadwich, and PFC

Bianca Ranger and the firm of Marshall Dennehey Warner Coleman & Goggin hereby

withdraws its appearance.

Wilmington, DE
Dated: February 6, 2008

**MARSHALL DENNEHEY WARNER**　　　**WHITEFORD, TAYLOR & PRESTON LLP**
**COLEMAN & GOGGIN**

By: /s/ John A. Macconi, Jr.
John A. Macconi, Jr. Esq. (I.D. No. 4430)
1220 North Market Street
5th Floor
Wilmington, DE 19801
(302) 552-4300 (Telephone)
(302) 651-7905 (Facsimile)

By: /s/ Daniel A. Griffith
Daniel A. Griffith (I.D. No. 4209)
1220 North Market Street
Suite 608
Wilmington, DE 19801
(302) 482-8754 (Telephone)
(302) 258-0783 (Facsimile)
dgriffith@wtplaw.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SHEILA LAND, Individually and as          )     C. A. NO.: 07C-160-UNA
Guardian of RAZHON ANDRE BANKS,           )
a minor and Charles J. Durante, Esq.,     )     JURY TRIAL OF SIX DEMANDED
Executor of the Estate of Charles Andre   )
Banks,                                    )
                                          )
                  Plaintiffs,             )
                                          )
v.                                        )
                                          )
                                          )
THE CITY OF DOVER and [JOHN               )
DOES 1-5], PFC ROBERT BARRETT,            )
CPL CARL HUMPHREY, PFC                    )
JEFFREY GOTT, PFC KEVIN                   )
STREADWICK, PFC BIANCA                    )
RANGER, In their Individual and Official  )
Capacities,                               )

                  Defendants.

## CERTIFICATE OF SERVICE

I, Daniel A. Griffith, Esquire, do hereby certify that on this 6th day of February,

2008, a copy of the foregoing *Substitution of Counsel* was served via U.S. First Class

Mail to the following:

Richard R. Wier, Jr., Esquire
Two Mill Road
Suite 200
Wilmington, DE 19806

                                     WHITEFORD, TAYLOR & PRESTON LLP


                                     By: /s/ Daniel A. Griffith
                                     Daniel A. Griffith (I.D. No. 4209)
                                     1220 North Market Street
                                     Suite 608
                                     Wilmington, DE 19801
                                     (302) 482-8754 (Telephone)
                                     (302) 258-0783 (Facsimile)