**RICHARD R. WIER, JR., P.A.**
ATTORNEY AT LAW
TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806
www.Wierlaw.com

RICHARD R. WIER, JR.*

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

April 10, 2008

**Via CM/ECF**

The Honorable Leonard P. Stark
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    Banks v. City of Deover, et. Al., 07-160-LPS
             Interim Status Report

Dear Judge Stark:

    This letter is to provide you with an interim report on the nature of the matters in issue and the progress of discovery to date as ordered.

    The parties participated in mediation in the above referenced case on January 3, 2008. Unfortunately, the parties were unable to resolve the matter at mediation. At the suggestion of the Honorable Judge Thynge and with the agreement of counsel Plaintiffs sent a proposal to Defendants to resolve the matter on February 6, 2008. Plaintiffs to date have not received a response to their proposal. However, we will attempt to continue to work with defense counsel to resolve this matter and will keep the Court apprised of any developments.

    The discovery deadline in this case is June 6, 2008. The parties have participated in limited discovery at this point because of the continued efforts to resolve this matter. Plaintiffs, however intend to notice the depositions of the Defendants within the next week if the matter can not be resolved.

    There are no issues that require the Court's attention at this time. The parties will continue to work together to resolve any issues without action from the Court. Therefore, Plaintiffs at this time do not believe that there is anything to add at the status conference scheduled for April16, 2008 and therefore request it be taken off the Court's calendar.

    Respectfully submitted,

    /s/ Richard R. Wier, Jr., Esquire
    /s/ Michele D. Allen, Esquire

    RICHARD R. WIER, JR.
    /s/Michele D. Allen
    Delaware Bar. No. 4359
    Two Mill Road, Suite 200
    Wilmington, DE 19806
    302-888-3222
    Counsel for Plaintiffs