WHITEFORD, TAYLOR & PRESTON L.L.C.

1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302)-661-7950

DANIEL A. GRIFFITH
PARTNER
DIRECT LINE (302) 482-8754
DIRECT FAX (302) 258-0783
DGriffith@wtplaw.com

BALTIMORE, MD*
COLUMBIA, MD*
FALLS CHURCH, VA*
TOWSON, MD*
WASHINGTON, DC*
WILMINGTON, DE

WWW.WTPLAW.COM
(800) 987-8705

April 15, 2008

The Honorable Leonard P. Stark
United States District Court
District of Delaware
844 King Street
Wilmington, DE   19801

Re:   Banks v. City of Dover, et al, AL., 07-160-LPS
      Interim Status Report

Dear Judge Stark:

On behalf of the defendants, we agree with the representations set forth in the April 10, 2008 letter status report found by plaintiff's counsel, Richard R. Wier, Jr., Esquire (docket entry #39 and attached) and would therefore join in Mr. Wier's request that the April 16, 2008 telephonic status conference be taken off the Court's calendar.

By way of amplification, while Mr. Wier graciously refrained from assigning blame, the delay in working through the proposal that the parties have discussed following mediation has been on the defense side, as a consequence of the reassignment of the handling of this claim internally by the defendants' insurance carrier. We anticipate that the response to the proposal will be forthcoming very shortly and we will of course, promptly advise the court of any relevant updates.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Daniel A. Griffith
Daniel A. Griffith
(Delaware Bar I.D. #4209)

rc
Attachment

*Whiteford, Taylor and Preston L.L.C. is a limited liability company. Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.

# ATTACHMENT 1

**RICHARD R. WIER, JR., P.A.**
ATTORNEY AT LAW

RICHARD R. WIER, JR.*

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806
www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

April 10, 2008

**Via CM/ECF**

The Honorable Leonard P. Stark
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   Banks v. City of Deover, et. Al., 07-160-LPS
      **Interim Status Report**

Dear Judge Stark:

This letter is to provide you with an interim report on the nature of the matters in issue and the progress of discovery to date as ordered.

The parties participated in mediation in the above referenced case on January 3, 2008. Unfortunately, the parties were unable to resolve the matter at mediation. At the suggestion of the Honorable Judge Thynge and with the agreement of counsel Plaintiffs sent a proposal to Defendants to resolve the matter on February 6, 2008. Plaintiffs to date have not received a response to their proposal. However, we will attempt to continue to work with defense counsel to resolve this matter and will keep the Court apprised of any developments.

The discovery deadline in this case is June 6, 2008. The parties have participated in limited discovery at this point because of the continued efforts to resolve this matter. Plaintiffs, however intend to notice the depositions of the Defendants within the next week if the matter can not be resolved.

There are no issues that require the Court's attention at this time. The parties will continue to work together to resolve any issues without action from the Court. Therefore, Plaintiffs at this time do not believe that there is anything to add at the status conference scheduled for April16, 2008 and therefore request it be taken off the Court's calendar.

Respectfully submitted,

/s/ Richard R. Wier, Jr., Esquire
/s/ Michele D. Allen, Esquire

RICHARD R. WIER, JR.
/s/Michele D. Allen
Delaware Bar. No. 4359
Two Mill Road, Suite 200
Wilmington, DE 19806
302-888-3222
Counsel for Plaintiffs