# RICHARD R. WIER, JR., P.A.

**ATTORNEY AT LAW**

RICHARD R. WIER, JR.*
_____

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com

*ALSO ADMITTED IN PA

June 27, 2008

**Via Electronic Filing**
Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    Banks v. City of Dover, et. al.
              C.A. No. 07-106 MPT

Dear Judge Thynge:

      I am writing to advise the Court that the parties have reached a tentative agreement to settle the above referenced matter, contingent upon viewing the cell block video of Mr. Charles Banks on the evening of his arrest. Defense counsel has repeatedly promised to provide it to us and we said we would accept the original if a copy is not legible. We need to see that tape and what transpired at the police station and need to have our client, Mrs. Land, review it as well.

      Once the settlement is finalized we will request a hearing from your Honor to approve the settlement. As your Honor recalls one of the Plaintiffs in the case is a minor and, therefore, the settlement requires Court approval. I have notified defense counsel of our clients' conditional acceptance. I am, therefore, waiting to hear from Defense counsel on the availability of the video tape. We also need to address the issues as to apportionment of the award.

      We are available at the Court's convenience if there are any questions.

      Respectfully Submitted,

      /s/ Michele D. Allen

      Michele D. Allen (#4359)

cc:    Sheila Land
        Daniel Griffith, Esq.
        Charles Durante, Esq.