IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHEILA LAND, individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, | : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-160-LPS |
| THE CITY OF DOVER and JOHN DOES 1-5, In their individual and official capacities, | : : : : | |
| Defendants. | : | |

### ORDER

At Wilmington this **30th** day of **June, 2008**,

A teleconference has been scheduled for **Tuesday, July 1, 2008**, at **10:00 a.m.** to discuss the status of settlement negotiations. **Michele Allen, Esq.** shall initiate the teleconference.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE