# RICHARD R. WIER, JR., P.A.

**ATTORNEY AT LAW**

RICHARD R. WIER, JR.*
———

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

August 1, 2008

**Via Electronic Filing**
Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

   **Re: Banks v. City of Dover, et. al.**
     **C.A. No. 07-160 MPT**

Dear Judge Thynge:

  Plaintiffs, by and through their counsel, Richard R. Wier, Jr. P.A., seeks an Order compelling Defendants to produce the cell block video for the time period in which Mr. Banks was within the custody of the City of Dover Police Department. Plaintiffs have made numerous requests which are outlined below. Despite Defendants repeated representations that the video would be produced, they have failed to respond. Therefore, we respectfully request that Your Honor inform the parties whether the Court would like to hold a telephone conference or would prefer a formal motion on this issue.

  The following is a summary of the communications between the parties regarding the production of the cell block video:

  On May 17, 2007, Plaintiffs propounded their First Request For Production on Defendants. Production of the cell block video clearly falls with Plaintiffs' first request which states in summary any recordings of Mr. Banks at the City of Dover Police Department. *See* Exhibit 1. To date, Defendants have failed to provide any response to Plaintiffs Request for Production and, moreover, they have specifically failed to provide a readable copy of the cell block video. Plaintiffs have not previously filed a motion to compel responses as the parties were making every effort to resolve this matter and were involved in continued negotiations. In fact, a conditional settlement, as your Honor is aware, has been reached in this case, however, Plaintiffs' counsel must first be able to review the cell block video before final settlement can be agreed upon.

The Honorable Mary Pat Thynge
August 1, 2008
Page 2

On June 26, 2007, our firm emailed Mr. Griffith following up on a voice mail message left for him advising him that the video they provided was unable to be accessed at our office. *See* Exhibit 2. On July 3, 2007, Mr. Wier wrote Mr. Griffith following up on the cell block video. *See* Exhibit 3. On July 12, 2007, Mr. Griffith responded that they were having difficultly getting the video copied and that he would have an outside vendor assist in the copying. *See* Exhibit 4.

At some point prior to September, the video was delivered to our office; however, it was again unable to be read. On September 6, 2007, I wrote to Mr. Griffith informing him that the video received from their vendor was unable to be opened. I further advised him that I had spoken directly with the vendor and they advised that the video would need to be recopied. *See* Exhibit 5. On November 8, 2007, Mr. Macconi, Jr. responded to our request and stated that the video and the Defendants' responses to Plaintiffs' Request For Production would be forthcoming. *See* Exhibit 6. On January 14, 2008, I again wrote Mr. Griffith and informed him that we were still in need of a copy of the cell block video. *See* Exhibit 7.

On January 23, 2008, the parties participated in an all day mediation with your Honor, at which time the cell block video was discussed. At the conclusion of the mediation, the parties agreed to continue to try and resolve the matter without further litigation. Additionally, at the conclusion of the mediation Mr. Griffith did provide me with a copy of the cell block video. However, when I returned to the office to view the video it was not of the cell block, but was a systems program entitled rapid eye player.

Throughout the following months the parties continued to work together in an attempt to resolve the case. During the continued negotiations we had continually informed Mr. Griffith that we were still in need of a copy of the cell block video.

On June 27, 2008, I wrote the Court to inform your Honor that the parties had reached a conditional settlement and requested a teleconference to resolve some outstanding issues regarding the disclosure of the cell block video and the procedures regarding a settlement to a minor. *See* Exhibit 8. A teleconference was scheduled for July 1, 2008. Immediately, after the teleconference was scheduled I received a call from Ms Chestang, Mr. Griffith's legal assistant, informing me that Mr. Griffith was on vacation and that he would not be available for the teleconference. At that time I advised Ms. Chestang that is was imperative that we promptly receive a copy of the cell block video. Ms. Chestang advised that she would contact the City of Dover Police Department to obtain a copy of the cell block video. *See* Exhibit 9. Based on those representations I contacted the Court and advised that there was no longer a need for a teleconference because I believed that the parties could together resolve any outstanding issues.

Hearing no response regarding the cell block video, I again wrote to Mr. Griffith on July 18, 2008, and informed him that we had not received a copy of the cell block video and that we needed to receive that before anything further could occur with regards to the settlement. *See*

The Honorable Mary Pat Thynge
August 1, 2008
Page 3

Exhibit 10.  To date,  I have not received any response from Mr. Griffith.  Based upon Defendants' conduct in failing to provide a copy of the cell block video after being requested on numerous occasions, Plaintiffs seek an Order compelling the production of the cell block video. Defendants have failed to provide an adequate response as to why they have failed to provide a legible copy of the cell block video.  Plaintiffs have repeatedly requested the cell block video, however, Defendants have failed to produce the video.  Continued failure to produce the cell block video is hindering the final resolution of this case.

      Therefore, the relief that Plaintiffs' desire is an Order compelling the production of the cell block video within five days and requiring Defendants to pay Plaintiffs' attorney fees, and granting any other relief the Court deems just.

      We are available should the Court have any questions.

            Respectfully submitted,

            /s/ Michele D. Allen

            Michele D. Allen (#4359)

cc:    Daniel Griffith
       Shelia Land

"EXHIBIT 1"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SHEILA LAND, Individually and as Guardian    :
of RAB, a minor, and Charles J. Durante, Esq.   :
Executor of the Estate of Charles Andre Banks  :
                                    :
          Plaintiffs,               :    C.A. No.: 07C-160-UNA
                                      :
          v.                   :    JURY TRIAL OF SIX DEMANDED
                                        :
THE CITY OF DOVER and JOHN DOES 1-5,    :
in their Individual and Official capacities      :
                                      :
          Defendants.

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION**

NOW COME Plaintiffs, pursuant to Fed.R.Civ. Pro. 34, who request the Defendants, and

each of them, to produce the following documents as they are kept in the usual course of business

and organize them and label them to correspond with the categories in this request. within 30

days.

**DEFINITIONS**

A. "Document": As used herein, "document" is used in the broadest sense allowable

under the Rules and includes, but is not limited to, any written, printed, typed or other graphic

matter of any kind or nature, however produced, or reproduced, whether sent, received, prepared

or maintained, including all drafts and copies bearing notations or marks not found on the

original, and includes, but is not limited to, all records, memoranda, reports, financing

statements, UCC-1 financing statements, security agreements, commitment letters, checks,

canceled checks, financial statements, notes, notations, transcripts, letters, envelopes, messages,

telegrams, cables, telex messages, tabulations, studies, analyses, evaluations, estimates,

projections, work papers, statements, summaries, opinions, journals, desk calendars, appointment books, diaries, lists, comparisons, questionnaires, surveys, charts, graphs, books, articles, magazines, newspapers, booklets, circulars, bulletins, notices, instructions, adding machine tapes, receipts, manuals, minutes or transcripts or notations of meetings or telephone conversations or other communications of any type, photographs, x-rays, microfilms, phonographs, tapes or other recordings, punch cards, magnetic tapes, discs, data cells, drums, printouts and other data compilations from which information can be obtained, electronically stored information, sound recordings, videotapes, data compilations stored in any medium and any other document recording, referring or relating to the request.

B. "Claims of Privilege": If document responsive to any of the following requests is being withheld based upon any claim of privilege, please list such document or information and describe generally the material withheld, state the privilege being relied upon, and identify all persons or entities who have or who have had access to said matter.

C. "Continuing Nature": These discovery requests are continuing. Any subsequently acquired document called for by these discovery requests is to be furnished immediately.

## DOCUMENTS REQUESTED

1. Any document recording, referring or relating to Charles Banks and Defendant's, or any or all of them, actions in connection therewith including any complaints from the alleged victim of the carjacking, any 911 calls or recordings, any surveillance tapes including any videos or other recordings of Mr. Banks at the City of Dover Police Department or otherwise, any probable cause documents, any criminal paperwork including any arrest warrants or search warrats, any recordings by and between the John Does or any of them with the City or any other agency or person, any statements or interviews of Mr. Banks, any statements received or taken, in

any form, of any witnesses including the John Does, the medical personnel at Bayhealth, any

investigation by the City, the Attorney General or any other person or agency including any

Internal Affairs Investigation, the identity of the John Does and of each person involved in the

apprehension, arrest, transportation of Charles Banks from or to Bayhealth.

2.  Each policy, procedure or other document recording, referring or relating to the

education, training of each John Doe and/or officers of the City relating to the actions or

inactions to be taken when a subject is in need of, or appears to be in need of, medical assistance

and any training that is implicated by the events relating to Charles Banks.

3.  The personnel files of each John Doe and any IA or other investigation of any such

officer for any incident including the incident relating to Charles Banks.

4.  Any documents received from or obtained from Bayhealth relating to Charles Banks

including any statements, interviews, medical records, surveillance or other recordings of the

incident, the location where the incident occurred including the parking lot of Bayhealth, and the

City of Dover police station where Mr. Banks was taken and/or detained, including any

surveillance of him in any cell or other location therein.

4.  All complaints against the City or any of its officers involving a claim, _inter alia,_

where a suspect or other person in custody or control of any of the City's police officers was in

apparent need of medical attention and such attention was delayed, denied or  the subject of the

complaint.

5.  Any insurance policies that may be applicable to the claims.

6.  Any documents recording, referring or relating to any investigation into the death of

Charles Banks and the circumstances surrounding the events alleged in the complaint including

any investigation by the City, the Department of Justice- State and/or Federal- , the individual

defendants.

     7.  All documents recording, referring or relating to policies, procedures, training, or other records which were amended or otherwise changed or revised, repealed as a result of the incidents alleged in the complaint.

     8. The Criminal history record of Charles Banks.

RICHARD R. WIER, JR., P.A.


  /s/Richard R. Wier, Jr.    
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222
*Attorney for Plaintiffs*

Dated: May 17, 2007

## Discovery Documents

1:07-cv-00160-*** Land et al v. City of Dover et al

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Wier, Richard on 5/17/2007 at 2:47 PM EDT and filed on 5/17/2007

**Case Name:**     Land et al v. City of Dover et al
**Case Number:**   1:07-cv-160
**Filer:**         Sheila Land
                   R.A.B.
                   Charles J. Durante

**Document Number:** 9

**Docket Text:**
REQUEST for Production of Documents directed to Defendants by Sheila Land, R.A.B., Charles J. Durante.(Wier, Richard)

**1:07-cv-160 Notice has been electronically mailed to:**

Richard R. Wier , Jr   rwier@wierlaw.com, Dscialpi@Wierlaw.com

**1:07-cv-160 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/17/2007] [FileNumber=388959-0]
[55da79bd48c7d978ca8c05c267d29b3dcfacd30baa1eb2533620c386791737437646
a17fa355c1cd22a5b308fe494df4e8fce4c464cbb2be97dc002a743fa808]]

"EXHIBIT 2"

**From:**       Janine Thomas
**To:**         Griffith, Dan A.
**Date:**       6/26/2007 10:51 AM
**Subject:**    Re: FW: Banks, et. al. v. City of Dover

This will follow up the message that I left on your voice mail in connection with the disc that you provided from the Dover Police Department that we are unable to access.  Have you had any luck with speaking with Officer Getek and getting a new set of the documents?  Please advise.

Thank you.

Janine M. Thomas
Paralegal
Richard R. Wier, Jr., P.A.
(302)888-3222

>>> "Griffith, Dan A." <DAGriffith@MDWCG.com> 6/7/2007 2:45 PM >>>

---

From: Griffith, Dan A.
Sent: Thursday, June 07, 2007 2:33 PM
To: 'jthomas@weirlaw.com'
Subject: FW: Banks, et. al. v. City of Dover

---

From: Getek Steven (Dover PD) [mailto:steven.getek@CJ.State.de.us]
Sent: Thursday, May 17, 2007 12:58 PM
To: Griffith, Dan A.
Subject: RE: Banks, et. al. v. City of Dover

Dan,

I downloaded a Clip viewer for the video that we gave you and burned it to a CD.  I just put it in the mail so when you get it unzip and install the viewer.  See if this will work.  If not let me know.

Lt. Steven Getek
Internal Affairs Commander
Dover Police Department
400 S Queen St
Dover, DE. 19904
302-736-7124
Steven.Getek@cj.state.de.us <mailto:Steven.Getek@cj.state.de.us>


CONFIDENTIALITY NOTICE
This email, and any files or attachments transmitted with it, should be

considered official Dover Police Department communications and confidential. The email is intended solely for the use of the individual to whom or entity to which it is addressed. Any forwarding or dissemination of the contents of this email in any manner without the expressed permission of the sender is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

"EXHIBIT 3"

# RICHARD R. WIER, JR., P.A.

**ATTORNEY AT LAW**

RICHARD R. WIER, JR.*
————

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

(302) 888-3222
FAX (302) 888-3225

MICHELE D. ALLEN*

www.Wierlaw.com

RWier@Wierlaw.com
MAllen@Wierlaw.com

*ALSO ADMITTED IN PA

July 3, 2007

**VIA FACSIMILE (302)552-4317**
**AND FIRST CLASS MAIL**
Daniel A. Griffith, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street - 5th Floor
PO Box 8888
Wilmington, DE 19899-8888

Re:     **Sheila Land et al. v. The City of Dover and John Does 1-5**
**C.A. No.: 07C-160-UNA**

Dear Dan:

Two weeks ago you sent me an e-mail stating that you were waiting to hear from your client, and I would ask that you let me know whether we can file the Amended Complaint, by Stipulation, or whether I need to file a motion. Obviously, once it gets filed, you can assert any defenses and we will have to deal with those.

In addition, you had spoken with my assistant, Janine, and you were going to get back to her or provide her with a disk from the Dover Police Department that was accessible. Please advise.

Very truly yours,

Richard R. Wier, Jr.

RRWJr:jt
cc:     Sheila Land
Charles Durante, Esq.

# RICHARD R. WIER, JR., P.A.

**ATTORNEY AT LAW**

RICHARD R. WIER, JR.*

MICHELE D. ALLEN *

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

* ALSO ADMITTED IN PA

RWier@Wierlaw.com

Date _7/3/07_      No. of Pages (including cover) _2_

To: _Daniel Griffith_    Fax Number: _552 - 4317_

From: _Richard Wier_

Re: _Shirla Lank_

In an effort to save time and ensure prompt receipt, the enclosed is sent to you:

( ✓ ) For Your Information          ( ) Sign and Return

( ✓ ) For Your Review              ( ) For Your Client's
                                        Signature and Return

( ) Per Your Request               ( ) Please Call to Discuss

**Message:** _____

_____

_____

_____

*The information transmitted on this facsimile is considered to be attorney privileged and confidential and is intended only for the use of the individual or entity named. If the reader os this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, please be aware that any dissemination distribution or copying of this communication is strictly prohibited. If you should receive this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

*Fax Only* _____     *Hard Copy Sent* _____

"EXHIBIT 4"

**DENNEHEY, WARNER, COLEMAN & GOGGIN**
PROFESSIONAL CORPORATION   www.marshalldennehey.com

A REGION DEFENSE LITIGATION LAW FIRM

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: 302-552-4317
Email: dagriffith@mdwcg.com

RECEIVED
JUL 1 3 2007
BY

MDW
C&G
ATTORNEYS-AT-LAW

July 12, 2007

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

Re:   **Sheila Land, individually and as Guardian of Razhon A. Banks, a minor and Charles J. Durante, Esquire, Executor of the Estate of Charles Andre Banks v. The City of Dover and John Does 1-5**
**Our File No.: 20021-00144**
**C.A. No.:    07C-160-UNA**

Dear Dick:

With respect to your request for our consent to file an Amended Complaint naming certain individual officers as defendants, we have no objection to a proposed amendment naming the individual officers as defendants with respect to your civil rights/constitutional claims under 42 U.S.C. § 1983 (which I believe are Counts I through IV). We do object to naming the individual officers as defendants with respect to the state-law wrongful death/survival claim (which I believe is Count V) inasmuch as the John Doe fictitious name designation was ineffective as them on the state-law claims.

With respect to the cell block video, we are having difficulty getting a copy made. Lieutenant Getek of the Dover Police Department has made two efforts to provide us with a copy thus far but these efforts were unsuccessful. (I have yet to see the cell block video). I have asked Lieutenant Getek do redouble his efforts, and, if necessary, I can have IKON or some other vendor travel to the Department to have a copy made. I will keep you apprised of our efforts.

Thank you for your attention to this matter.

Very truly yours,

Daniel A. Griffith

DAG/hr

\15_A\LIAB\DAGRIFFITH\CORR\439014\HXRUSSO\20021\00144

"EXHIBIT 5"

# RICHARD R. WIER, JR., P.A.

### ATTORNEY AT LAW

RICHARD R. WIER, JR.*
———

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

September 6, 2007

**VIA FACSIMILE (302) 651-7905**
**AND FIRST CLASS MAIL**
Daniel A. Griffith, Esq.
Marshall, Dinah, Warner, Coleman & Goggin
1220 N. Market Street - 5th Floor
PO Box 8888
Wilmington, DE 19899-8888

Re:    **Sheila Land et al. v. The City of Dover and John Does 1-5, et. al.**
        **C.A. No.: 07C-160-UNA**

Dear Dan:

Our office received a disk from IKON entitled cell block video. However, we are unable to open or view the disk. I contacted IKON to get their assistance in retrieving the contents of the disk and it was determined that the disk must be recopied. IKON suggested I contact you to have the disk copied again. Kindly, have the disk copied again and forwarded to us as soon as possible.

Additionally, on May 17, 2007 our office sent Plaintiff's First Request For Production on the Defendants to you. To date the only documents produced have been the police investigation. Therefore, Defendants' responses are still outstanding. Pleases provide Defendant's responses immediately.

Thank you in advance for you immediate attention to this matter. Kindly contact me if you have any questions.

Very truly yours,

Michele D. Allen

cc:    Sheila Land

# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

* ALSO ADMITTED IN PA

RWier@Wierlaw.com

Date _____7/6/07_____

No. of Pages (including cover) ___2___

To: _Dan Griffith_____     Fax Number: _651-7905_

From: _Michele Allen_____

Re: _Banks v. Dover_____

In an effort to save time and ensure prompt receipt, the enclosed is sent to you:

( ) For Your Information

( ✓ ) For Your Review

( ) Per Your Request

( ) Sign and Return

( ) For Your Client's
Signature and Return

( ✓ ) Please Call to Discuss

**Message:** _____

_____

_____

_____

*The information transmitted on this facsimile is considered to be attorney privileged and confidential and is intended only for the use of the individual or entity named. If the reader os this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, please be aware that any dissemination distribution or copying of this communication is strictly prohibited. If you should receive this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

*Fax Only* _____        *Hard Copy Sent* _____✓_____

# Transmission Report

| | | | | | |
|---|---|---|---|---|---|
| Date/Time | 09-06-2007 | 03 29 13 p m | | Transmit Header Text | |
| Local ID 1 | 13028883225 | | | Local Name 1 | RICHARD R WIER JR |
| Local ID 2 | | | | Local Name 2 | |

## This document : Confirmed
## (reduced sample and details below)
## Document size : 8.5"x11"

### RICHARD R. WIER, JR., P.A.
ATTORNEY AT LAW

RICHARD R. WIER, JR.*

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806
www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RRWier@Wierlaw.com

*ALSO ADMITTED IN PA

Date ___7/6/07___     No. of Pages (including cover)   _2_

To: _Dan Griffith_     Fax Number: _651-7905_

From: _Michele Allen_

Re: _Barker v Dove_

In an effort to save time and ensure prompt receipt, the enclosed is sent to you:

( ) For Your Information          ( ) Sign and Return

(✓) For Your Review               ( ) For Your Client's
                                       Signature and Return

( ) Per Your Request              ( ) Please Call to Discuss

Message: _____

_____

_____

_____

*The information transmitted on this facsimile is considered to be attorney privileged and confidential and is intended only for the use of the individual or entity named. If the reader is the recipient, or the employee or agent responsible to deliver it to the intended recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you should receive this communication in error please immediately notify us by telephone and return the original message to us at the above address via the US Postal Service. Thank you.*

Fax Only _____          Hard Copy Sent __X__

---

Total Pages Scanned  2          Total Pages Confirmed  2

| No | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 166 | 996517905 | 03 28 07 p m  09-06-2007 | 00 00 42 | 2/2 | 1 | EC | HS | CP14400 |

Abbreviations

| | | | | |
|---|---|---|---|---|
| HS  Host send | PL  Polled local | MP  Mailbox print | TU  Terminated by user | |
| HR  Host receive | PR  Polled remote | CP  Completed | TS  Terminated by system | G3  Group 3 |
| WS  Waiting send | MS  Mailbox save | FA  Fail | RP  Report | EC  Error Correct |

"EXHIBIT 6"

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: 302-552-4377
Email: jamacconi@mdwcg.com

November 8, 2007

Michelle D. Allen, Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE  19806

     **Re:**    **Sheila Land, individually and as Guardian of Razhon A. Banks, a minor and**
            **Charles J. Durante, Esquire, Executor of the Estate of Charles Andre Banks**
            **v. The City of Dover and John Does 1-5**
            **Our File No.: 20021-00144**
            **C.A. No.:   07C-160-LPS**

Dear Michelle:

       Thank you for your letter requesting another copy of the disk containing your client's cell block video as well as our client's responses to the Request for Production.  Please be advised that both things will be forthcoming shortly.

       In the meantime, please do not hesitate to contact me with any questions or concerns.

                         Very truly yours,

                         John A. Macconi, Jr.

JAM/hr

cc:    Daniel A. Griffith, Esquire

15/551339.v1

"EXHIBIT 7"

# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

MICHELE D. ALLEN*

* ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

January 14, 2008

**VIA FACSIMILE (302) 651-7905**
**AND FIRST CLASS MAIL**
Daniel A. Griffith, Esq.
Marshall, Dinah, Warner, Coleman & Goggin
1220 N. Market Street - 5th Floor
PO Box 8888
Wilmington, DE 19899-8888

> Re:   **Sheila Land et al. v. The City of Dover and John Does 1-5, et. al.**
>         **C.A. No.: 07C-160-UNA**

Dear Dan:

        We are in receipt of the Offer of Judgement that was filed with the Court on January 11, 2008, which expires on January 25, 2008. We look forward to being able to resolve this matter with you and further discuss it at the mediation on January 23, 2008. As an aside in accordance with *Webb v. James*, 147 F.3d 6147 (7th Cir. 1998), it is improper to file an offer of judgment with the Court prior to acceptance. I assume that this was an oversight and would ask that you send a letter to the Court withdrawing document entry 37 from the docket.

        We will convey the Offer of Judgment to our clients and will be in touch with you. Additionally, on May 17, 2007 our office sent Plaintiff's First Request For Production on the Defendants to you and a follow up request in September. To date the only documents produced have been the police investigation. Therefore, Defendants' responses are still outstanding. Pleases provide Defendant's responses immediately. Per our discussion we also need to have a copy of the cell block video produced immediately.

        Thank you in advance for you immediate attention to this matter. Kindly contact me if you have any questions.

                                        Very truly yours,

                                        Michele D. Allen

cc:        Sheila Land

# RICHARD R. WIER, JR., P.A.

### ATTORNEY AT LAW

RICHARD R. WIER, JR.*
_____

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com

*ALSO ADMITTED IN PA

Date _1/14/08_       No. of Pages (including cover) _2_

To: _Daniel A. Griffith, Esq._  Fax Number: _651-7905_

From: _Michele D. Allen_

Re: _Sheila Land_

     In an effort to save time and ensure prompt receipt, the enclosed is sent to you:

    (  ) For Your Information       (  ) Sign and Return

    (  ) For Your Review          (  ) For Your Client's
                                          Signature and Return

    (  ) Per Your Request       (  ) Please Call to Discuss

**Message:** _____

_____

_____

_____

*The information transmitted on this facsimile is considered to be attorney privileged and confidential and is intended only for the use of the individual or entity named. If the reader os this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, please be aware that any dissemination distribution or copying of this communication is strictly prohibited. If you should receive this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

*Fax Only* _____       *Hard Copy Sent* _____

# Transmission Report

| | | | |
|---|---|---|---|
| Date/Time | 01 14 2008 | 02 30 09 p m | Transmit Header Text |
| Local ID 1 | 13028863225 | | Local Name 1    RICHARD R  WIER JR |
| Local ID 2 | | | Local Name 2 |

## This document : Confirmed
## (reduced sample and details below)
## Document size : 8.5"x11"

---

### RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR. *

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com

*ALSO ADMITTED IN PA

Date 1/14/08          No. of Pages (including cover) 2

To: Daniel A. Griffith, Esq.  Fax Number: 651-7905

From: Michele D. Allen

Re: Sheila Land

In an effort to save time and ensure prompt receipt, the enclosed is sent to you:

( ) For Your Information          ( ) Sign and Return

( ) For Your Review               ( ) For Your Client's
                                      Signature and Return

( ) Per Your Request              ( ) Please Call to Discuss

Message: _____

_____

_____

_____

*The information transmitted on this facsimile is considered to be attorney privileged and confidential and is intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient please be aware that any dissemination distribution or copying of this communication is strictly prohibited. If you should receive this communication in error please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service  Thank you.*

Fax Only _____          Hard Copy Sent _____

---

Total Pages Scanned  2          Total Pages Confirmed  2

| No | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 154 | 996517905 | 02 29 01 p m  01 14 2008 | 00 00 45 | 2/2 | 1 | EC | HS | CP14460 |

Abbreviations
HS  Host send          PL  Polled local          MP  Mailbox print          TU  Terminated by user
HR  Host receive       PR  Polled remote         CP  Completed               TS  Terminated by system    G3  Group 3
WS  Waiting send       MS  Mailbox save          FA  Fail                    RP  Report                   EC  Error Correct

"EXHIBIT 8"

# RICHARD R. WIER, JR., P.A.

### ATTORNEY AT LAW

RICHARD R. WIER, JR.*

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

(302) 888-3222
FAX (302) 888-3225

www.Wierlaw.com

RWier@Wierlaw.com

*ALSO ADMITTED IN PA

June 27, 2008

**Via Electronic Filing**
Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

  Re: **Banks v. City of Dover, et. al.**
    **C.A. No. 07-106 MPT**
Dear Judge Thynge:

  I am writing to advise the Court that the parties have reached a tentative agreement to settle the above referenced matter, contingent upon viewing the cell block video of Mr. Charles Banks on the evening of his arrest. Defense counsel has repeatedly promised to provide it to us and we said we would accept the original if a copy is not legible. We need to see that tape and what transpired at the police station and need to have our client, Mrs. Land, review it as well.

  Once the settlement is finalized we will request a hearing from your Honor to approve the settlement. As your Honor recalls one of the Plaintiffs in the case is a minor and, therefore, the settlement requires Court approval. I have notified defense counsel of our clients' conditional acceptance. I am, therefore, waiting to hear from Defense counsel on the availability of the video tape. We also need to address the issues as to apportionment of the award.

  We are available at the Court's convenience if there are any questions.

      Respectfully Submitted,

      /s/ Michele D. Allen

      Michele D. Allen (#4359)

cc: Sheila Land
  Daniel Griffith, Esq.
  Charles Durante, Esq.

"EXHIBIT 9"

## Michele Allen

| | |
|---|---|
| **From:** | Chestang, Rosemary [RChestang@wtplaw.com] |
| **Sent:** | Monday, June 30, 2008 3:46 PM |
| **To:** | Michele Allen |
| **Cc:** | Griffith, Daniel A. |
| **Subject:** | Land, et al v. City of Dover, et al |

*BANKO*

I telephoned the City of Dover Police Department and left a message for Lieutenant Counselman, as directed by Mr. Griffith. When I received a response from Lt. Counselman, I will advise you of your anticipated date of receipt. I hope this helps.

If you have questions or comments, please do not hesitate to telephone me at the below number

Rosemary Chestang
Whiteford Taylor Preston LLP
1220 North Market Street
Suite 608
Wilmington, DE 19801
Telephone: (302) 353-4145
Facsimile: (302) 258-0523
rchestang@wtplaw.com

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and delete this communication and any attachments without making any copies thereof.

Circular 230 Disclosure:
To ensure compliance with requirements imposed by Treasury and the IRS, we inform you that any federal tax advice contained in this communication (including attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding tax penalties that may be imposed under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another person any transaction or matter addressed herein.

"EXHIBIT 10"

# RICHARD R. WIER, JR., P.A.

### ATTORNEY AT LAW

RICHARD R. WIER, JR.*

———

MICHELE D. ALLEN*


*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

July 18, 2008

**By Facsimile and U.S. Mail**
**(302) 258-0783**

Daniel A. Griffith, Esquire
Whiteford Taylor Preston, LLP
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:    **Sheila Land et al. v. The City of Dover and John Does 1-5, et. al.**
**C.A. No.: 07C-160-UNA**

Dear Dan:

As you are aware, on June 27, 2008 I wrote Judge Thynge to advise her of our acceptance of your client's offer conditioned upon viewing of the cell block video and it being acceptable to us. We still have not received a copy of the video. As you are aware, while you were on vacation, Judge Thynge scheduled a telephone conference and contacted me to find out the status of the case. Due to the fact that you were on vacation, the teleconference was cancelled.

Additionally, I received assurances from Rosemary Chestang of your office on June 30, 2008 that she would contact the City of Dover Police Department and have a copy of the cell block video produced to us as soon as possible. As of this date, July 18, 2008, we have not yet received the cell block video after numerous requests to your office. Please immediately advise of the status of the cell block video. Should we fail to hear a response from you or the Dover Police Department, we will have no other choice but to contact the Court and again request a telephone conference to address this matter and ask for an order compelling production of the cell block video.

We are sure your client is anxious to resolve and settle this matter, as is ours, however, that cannot be done until we have had an opportunity to review the cell block video.

Daniel A. Griffith, Esquire
Page 2
July 18, 2008


    Kindly contact me should you have questions or concerns regarding this matter. Thank you in advance for your prompt attention to this matter.

Very truly yours,

Michele D. Allen

MDA/jmg

cc.  Mrs. Shelia Land

# RICHARD R. WIER, JR., P.A.

**ATTORNEY AT LAW**

RICHARD R. WIER, JR.*

————

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

**Date** _7/18/08_     **No. of Pages** (including cover) _2_

**To:** _David Griffith_     **Fax Number:** _(302) 258-0483_     _0523_

_661-7950_

**From:** _Richard Wier_

**Re:** _Shelia Lond v. City of Dover et al._

In an effort to save time and ensure prompt receipt, the enclosed is sent to you:

( ) For Your Information     ( ) Sign and Return

( ) For Your Review     ( ) For Your Client's
    Signature and Return

( ) Per Your Request     ( ) Please Call to Discuss

**Message:** _____

_____

_____

*The information transmitted on this facsimile is considered to be attorney privileged and confidential and is intended only for the use of the individual or entity named. If the reader os this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, please be aware that any dissemination distribution or copying of this communication is strictly prohibited. If you should receive this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

*Fax Only* _____     *Hard Copy Sent* ___✓___

Transmission Report

| | | |
|---|---|---|
| Date/Time | 07-18-2008 | 02 38 25 p m |
| Local ID 1 | 13028883225 | |
| Local ID 2 | | |

Transmit Header Text
Local Name 1    RICHARD R  WIER JR
Local Name 2

This document : Confirmed

(reduced sample and details below)

Document size : 8.5"x11"

**RICHARD R. WIER, JR., P.A.**
ATTORNEY AT LAW

RICHARD R. WIER, JR.*                TWO MILL ROAD, SUITE 200                (302) 888-3222
                                     WILMINGTON, DELAWARE 19806              FAX (302) 888-3225

MICHELE D. ALLEN*                    www.Wierlaw.com

*ALSO ADMITTED IN PA                                                          RWier@Wierlaw.com
                                                                             MAllen@Wierlaw.com

Date 7/18/08 _____  No. of Pages (including cover)  2

To: Daniel Griffith  Fax Number: (302) 258-0483  0523

From: Richard Wier

Re: Shelba Kond v City of Dover et al.  (302) 661-7950

In an effort to save time and ensure prompt receipt, the enclosed is sent to you:

(   ) For Your Information          (   ) Sign and Return

(   ) For Your Review              (   ) For Your Client's
                                        Signature and Return

(   ) Per Your Request             (   ) Please Call to Discuss

Message: _____

_____

_____

_____

*The information transmitted on this facsimile is considered to be attorney privileged and confidential and is intended only for the use of the individual or entity named. If the reader on this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, please be aware that any dissemination distribution or copying of this communication is strictly prohibited. If you should receive this communication in error please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

Fax Only _____       Hard Copy Sent ✓

---

Total Pages Scanned  3          Total Pages Confirmed  3

| No | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|-----|-----|----------------|------------|----------|-------|------|------|----------|---------|
| 001 | 138 | 3026617950 | 02 37 25 p m  07-18-2008 | 00 00 28 | 3/3 | 1 | EC | HS | CP26400 |

Abbreviations
HS  Host send          PL  Polled local        MP  Mailbox print        TU  Terminated by user
HR  Host receive       PR  Polled remote       CP  Completed             TS  Terminated by system    G3  Group 3
WS  Waiting send       MS  Mailbox save        FA  Fail                  RP  Report                   EC  Error Correct