## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHEILA LAND, individually and as Guardian of RAZHON ANDRE BANKS, a minor and Charles J. Durante, Esq., Executor of the Estate of Charles Andre Banks, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :     C. A. No. 07-160-LPS <br> : |
| THE CITY OF DOVER and JOHN DOES 1-5, In their individual and official capacities, | : <br> : <br> : <br> : |
| Defendants. | : |

## ORDER

At Wilmington this **18th** day of **August, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, August 26, 2008** at **8:30 a.m.** to address plaintiffs' letter to the Court dated August 1, 2008. The Court expects that those counsel and other individuals familiar with the concerns regarding the videotape shall participate in the teleconference. **Michele Allen, Esq.** shall initiate the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE